# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 4 EM 2021

         Respondent  :

         v.  :

JOAB MEDINA, SHAROME SMITH,  :
GEORGE ADAMS, SEAN MCCLEASE AND  :
MATTHEW HOUSTON,  :

         Petitioners  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2021, the "Application for Leave of Court to File a Reply to Answer of Respondent the First Judicial District to the Petition for Writ of Habeas Corpus and/or Extraordinary Relief" is **GRANTED**. The Application for Leave to File Original Process and the "Petition for Writ of Habeas Corpus and/or Extraordinary Relief" are **DISMISSED**.